| Date | Pleading Number | |
|---|---|---|
| 10/15/74 | 1. | MOTION -- Defendants John D. Schrott, Jr. and Vortex Corp., with suporting brief, schedule A of A-1 thru A-6 cases for transfer, Schedule B listing parties in pending cases  and certificate of service w/statement re: unserved parties, and service on district courts REQUESTED TRANSFEREE FORUM:  E.D. Virginia (Alexandria Div.) |
| 10/25/74 | 2 | RESPONSE -- Movants Schrott and Vortex Corp. Status of Pending Cases w/cert. of service |
| 10/30/74 | | HEARING ORDER -- Setting A-1 through A-6 for hearing, Washington, D. C. November 22, 1974 |
| 10/30/74 | 3 | RESPONSE - Steptoe and Johnson and Calvin H.Cobb, Jr. w/cert. of service and Brief |
| 11/1/74 | 4 | RESPONSE -- PLAINTIFF DOOLEY w/cert. of service |
| 11/4/74 | 5 | RESPONSE -- MCLEAN BANK -- w/cert. of service |
| 11/5/74 | 6 | RESPONSE -- JOHN D. SCHROTT JR. AND VORTEX CORP. Movant's Reply w/cert. of service |
| 11/8/74 | | WAIVER OF ORAL ARGUMENT -- Missouri Plaintiffs |
| 1/8/75 | | CONSENT -- of Chief Judge Kellam for actions to be transferred to the Eastern District of Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 before Judge John A. MacKenzie |
| 1/8/75 | | OPINION AND ORDER -- transferring Missouri action to the Eastern District of Virginia for coordinated or consolidated pretrial proceedings before Judge John A. MacKenzie (A-2 through A-6)  A-1 is assigned to Judge Bryan and will remain so assigned |

DOCKET NO. 188 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE INDUSTRIAL WINE CONTRACTS SECURITIES LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 11/22/74 _____ _____ _____ _____

Date(s) of Opinion(s) or Order(s) 1/8/75 _____ _____ _____

Consolidation Ordered  xx       Name of Transferee Judge  John A. MacKenzie

Consolidation Denied  ____       Transferee District  Eastern District of Virginia

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Vortex Corp., et al. v. Ridge Associates & Co., et al. | E.D.Va. Bryan | 344-74-A | NTN | (illegible) | 3/19/75 | Schrott & Vortex Mot. 10/15/74 |
| A-2 | Canal Corp., et al. v. United Virginia Bank/National, et al. | * E.D.Va. MacKenzie | 371-74-A | | | 8/26/75 | "  " |
| A-3 | United Virginia Bank/National v. Vortex Corp., et al. | * E.D.Va. MacKenzie | 515-74-A | | | 8/26/75 | "  " |
| A-4 | Lenora R. Johnson, et al. v. Robert Dale Johnson, et al. | * E.D.Va. MacKenzie | 527-74-A | | | 10/4/76 | "  " |
| A-5 | W. T. Barnes, et al. v. Robert D. Johnson, et al. | * E.D.Va. MacKenzie | 589-74-A | | | 10/4/76 | "  " |
| A-6 | Paul O. Dooley, et al. v. James L. Phillips, et al. | W.D.Mo. | 74- 562-W-3 | 1/8/75 | A6-78A | 10/4/76 | "  " |
| | * Cases consolidated in the E.D. Virginia before Judge MacKenzie order of Nov. 13, 1974. | | | | | | |
| XYZ-1 | Robert E. Finnman v. Robert Dale Johnson, et al. | E.D.Va. | 74-723 A | | | 8/1/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-2 | Leonard G. Henschel et ux v. Vortex Corp., et al. | E.D.V. | 75-435-A | | | 3/25/76 | |

CERTIFIED CORRECT
JULY 1976

p. __1__

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION


DOCKET NO. __188__ -- __IN RE INDUSTRIAL WINE CONTRACTS SECURITIES LITIGATION__

| XPlaintiffX | XDefendantX |
|---|---|
| VORTEX CORP., ET AL. (A-1)<br>CANAL CORP., ET AL. (A-2)<br>David B. Kinney, Esquire<br>Kinney, Smith & Bitner<br>2007 N. 15th Street<br>Arlington, Virginia | STEPTOE & JOHNSON<br>CALVIN H. COBB, JR.<br>Howard P. Willens, Esquire<br>Wilmer, Cutler & Pickering<br>1666  K  St., N.W.<br>Washington, D.C.  20006 |
| UNITED VIRGINIA BANK/NATIONAL (A-3)<br>UNITED VIRGINIA BANK/RICHMOND<br>Robert P. Buford, Esquire<br>Hunton, Williams, Gay & Gibson<br>Post Office Box 1535<br>Richmond, Virginia  23212 | RIDGE ASSOCIATES & CO.<br>c/o Robert D. Johnson<br>1313 Merrie Ridge Road<br>McLean, Virginia  22101 |
| LENORA R. JOHNSON, ET AL. (A-4)<br>Bradley G. McDonald Wsq.<br>1100 17th Street N.W.<br>Washington, D.C. | ROBERT D. JOHNSON<br>Stanley J. Samorazcyk, Esquire<br>1400 N. Uhle St.<br>Arlington, Virginia  22216 |
| W. J. BARNES, ET AL. (A-5)<br>David Ross Rosenfeld, Esquire<br>118 South Royal St.<br>Post Office Box 96<br>Alexandria, Virginia  22313 | CAROLYN S. JOHNSON<br>Harvey Cohen, Esquire<br>1400 N. Uhle Street<br>Arlington, Virginia  22216 |
| PAUL O. DOOLEY, ET AL. (A-6)<br>Thomas W. Van Dyke, Esquire<br>Linde, Thomson, Van Dyke, Fairchild<br> & Langworthy<br>Columbia Union Bank Building<br>900 Walnut St.<br>Kansas City, Missouri  64016 | JOSEPH BRAUN<br>WORLD SERVICES EUROPE (S.A.R.L.)<br>15 Rue de Strasbourg<br>Grand-Duche de Luxembourg<br><br>THE McLEAN BANK<br>Douglas S. MacKall III, Esquire<br>Mackall, Mackall, Cremins & Walker<br>4031 Chain Bridge Road<br>Fairfax, Virginia  22030 |
| JOHN D. SCHROTT, JR.<br>JOHN D. SCHROTT, SR.<br>W. W. SCHROTT<br>Richard J. Medalie, Esquire<br>Epstein, Friedman, Duncan & Medalie<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C.  20006 | THOMAS W. GILLIAM, JR.<br>ERLE COCKE, JR.<br>Benjamin F. Dulaney, Esquire<br>Douglas, Obear & Campbell<br>Southern Building<br>Washington, D.C.  20005 |

| ~~Plaintiffx~~ | ~~Defendantx~~ |
|---|---|

**JACK O. FRIEDMAN**
<u>JOSEPH M. HOLT, JR.</u>
James C. Eastman, Esquire
Lamb, Eastman & Keats
1742  N  St., N.W.
Washington, D.C.

<u>FRANK E. MOWER, II</u>
Joseph L. Lyle, Jr., Esquire
Pickett, Spain & Lyle
3284 Virginia Beach Blvd.
Post Office Box 2127
Virginia Beach, Virginia  23452

<u>EDMUND G. HARRISON</u>
Michael J. English, Esquire
Kellogg, Williams, Lyons & Zuckerman
1776  F  St., N.W.
Washington, D.C.  20006

<u>JAMES L. PHILLIPS</u>
Robert F. Condon, Esquire
Danzansky, Dickey, Tydings, Quint
    & Gordon
Suite 1010, Bender Building
1120 Connecticut Ave., N.W.
Washington, D.C.  20036

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __188__ -- IN RE INDUSTRIAL WINE CONTRACTS SECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Ridge Associates & Co. | A-1; A-2; A-3; A-4; A-5 |
| Robert D. Johnson | A-1; A-2; A-3; A-4; A-5 |
| Carolyn S. Johnson | A-1; A-3; A-4; A-5 |
| Marcel Schimdt ✕ | A-1   NOT SERVED - ADDRESS UNKNOWN |
| Joan Orleans a/k/a Joan Parks ✕ | A-1   NOT SERVED - ADDRESS UNKNOWN |
| Joseph Schmidt ✕ | A-1   NOT SERVED - ADDRESS UNKNOWN |
| Joseph Braun | A-1 |
| World Services Europe (S.A.R.L.) | A-1 |
| Steptoe & Johnson | A-1 |
| Calvin H. Cobb, Jr. | A-1 |

| | |
|---|---|
| United Virginia Bank/National, Alexandria, Va. | A-2; A-4; A-5 |
| United Virginia Bank Richmond, Va. | A-2 |
| The McLean Bank' McLean, Va. | A-2; A-4; A-5 |
| Vortex Corp. | A-3; A-4; A-5; A-6 |
| John D. Schrott, Jr. | A-3; A-4; A-5; A-6 |
| John D. Schrott, Sr. | A-3; A-5 |
| Winona W. Schrott | A-3; A-5 |
| Thomas W. Gilliam, Jr. | A-4 |
| Jack O. Friedman | A-4 |
| James L. Phillips | A-4; A-6 |
| Joseph M. Holt, Jr. | A-4 |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 188 -- IN RE INDUSTRIAL WINE CONTRACTS SECURTIEIS LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Frank E. Mower, II | A-4 |
| Resource Evaluation & Development, Inc. | A-4 |
| Canal Corp. | A-4 |
| Horace S. Fitchett | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |